IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON LEE, | No. 2:25-CV-1844-DMC |
| Plaintiff, | |
| v. | ORDER |
| LET'S EAT CAKE, LLC, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal. See ECF No. 6. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

Dated: August 8, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1